**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Richard Perdue,<br><br>        Plaintiff,<br>v.<br><br>Redline Recovery Services, LLC,<br><br>        Defendant. | Civil Action No.:  1:09-cv-01881-JFM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 29, 2010

Respectfully submitted,
PLAINTIFF, Richard Perdue

/s/ Forrest E. Mays
Forrest E. Mays MD Bar No. 07510
2341 N Forrest Drive, Suite 90
Annapolis, MD  21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com
MD Bar No. 07510

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

Attorneys for the Plaintiff

Birgit Dachtera Stuart
Law Offices of Ronald S Canter LLC
11300 Rockville Pike Ste 1200
Rockville, MD 20852
13017707490
Fax: 13017707493
Email: bstuart@roncanterllc.com
Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                               By /s/ Forrest E. Mays
                                                                   Forrest E. Mays